UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL A. FISCHER,

        Petitioner,

        v.                              Case No. 21-C-1266

CHERYL EPLETT,

        Respondent.

---

## ORDER DENYING MOTION TO RECONSIDER

      Petitioner Michael A. Fischer filed this petition for writ of habeas corpus on November 2, 2021. On that same day, Fischer also filed a motion to proceed *in forma pauperis*. The Court denied the motion because the records submitted by Fischer indicated that he had sufficient funds in his regular account to pay the $5.00 filing fee. Accordingly, Fischer was given 21 days to pay the fee. On November 16, 2021, Fischer filed a motion for reconsideration of the Court's order and indicated that he had enclosed a check for the $5.00 filing fee. Dkt. No. 10. Despite Fischer's assertions to the contrary, no check was included with the motion. Fischer has not paid the filing fee and has not supplied the Court with any new information in his motion for reconsideration. Therefore, Fischer's motion must be denied. Fischer is directed to pay the $5.00 filing fee within the next 21 days. Failure to do so will result in dismissal of his petition.

      **SO ORDERED** at Green Bay, Wisconsin this 17th day of November, 2021.

                                                    s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge